Before ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

**PER CURIAM.**

Appeal dismissed as having been improvidently granted.

Chief Justice FLAHERTY did not participate in the consideration or decision of this case.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

**Rosemary KOPCHA, Appellant,**

v.

**Nicholas D. SALLIDINO and Scaramuzza's Pasta, Appellees.**

Supreme Court of Pennsylvania.

Argued Oct. 15, 2001.

Decided Oct. 26, 2001.

**Serguei BOURDEEV, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Department of Transportation, Bureau of Driver Licensing, Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 17, 2001.

Decided Oct. 26, 2001.

Peter J. McNamara, Philadelphia, for Rosemary Kopcha.

Dennis J. O'Leary, Philadelphia, for Nicholas D. Sallidino, and Scaramuzza's Pasta.

Thomas P. Pfender, Charles Nistico, Lawrence J. DiAngelus, Media, for Serguei Bourdeev.

David M. McGlaughlin, Philadelphia, for Pa. Association of Criminal Defense Lawyers.

Marc A. Werlinsky, King of Prussia, Harold Cramer, Timothy Peter Wile, Harrisburg, for Driver Licensing Bureau.